# United States District Court

Northern District of New York
100 South Clinton Street
P.O. Box 7255
Syracuse, New York 13261-7255

Frederick J. Scullin, Jr.
Chief Judge

(315) 234-8560

July 30, 2004

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 20301
One Columbus Circle, N.E.
Washington, D.C.   20544

To Whom It May Concern:

I am enclosing original and three copies of my *Amended* Financial Disclosure Report for the year 2003.  Thank you for your consideration in this matter.

Very truly yours,

Frederick J. Scullin, Jr.
Chief United States District Judge

Enclosures

| AO-10 Rev. 1/2002 | **AMENDED** **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Scullin, Frederick J | 2. Court or Organization U.S. District Court (NDNY) | 3. Date of Report 7/30/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief U.S. Distric Judge- Acti | 5. ReportType (check appropriate type) ○ Nomination, Date 2/10/1992 ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address PO Box 7255 100 S. Clinton Street Syracuse, NY 13261 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. NONE | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

2004 AUG -- A

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NY Intellectual Property Association | Annual Dinner 3/28/2003 in New York City (transportation, hotel and food). |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☒ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☒ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

REVISED 7/27/04

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J | 7/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CWC Lenox (real estate) Limited Partnership | | | | | CLOSED JAN 02 | | | J | A |
| 2. CWC Investors (real estate) 85 Limited Partnership | | None | J | T | | | | | |
| 3. Massachusetts Mutual SPLD | A | Dividend | K | T | | | | | |
| 4. IRA Oppenheimer Mutual Fund Main Street | A | Dividend | K | T | | | | | |
| 5. IRA-MASS FINANCIAL SPECTRUM FUND (formerly) Bradford Trust | | None | K | T | | | | | |
| 6. Lord Abbott II Developing Growth Fund. | | None | K | T | | | | | |
| 7. Putnam Growth Opportunities (90) | | None | . | | Sell | 05/09 | J | A | |
| 8. Putnam Growth Opportunities (93) | | None | . | | Sell | 05/09 | J | A | |
| 9. IRA MFS Research | | None | J | T | | | | | |
| 10. IRA Putnam Growth Fund | | None | K | T | | | | | |
| 11. FRANKLIN EQUITY (name change to: Capital Growth) | | None | K | T | | | | | |
| 12. Franklin Equity (name changed to : Capital Growth | | None | J | T | | | | | |
| 13. Merrill Lynch CMA Account | | None | J | T | | | | | |
| 14. Merrill Lynch CMA Account - | | None | K | T | | | | | |
| 15. Merrill Lynch CMA Account | | None | J | T | | | | | |
| 16. Merrill Lynch CMA Account | . | None | J | T | | | | | |
| 17. MFS Strategic Growth* | | None | | | Sell | 05/09 | J | A | |
| 18. MFS Strategic Value | | None | J | T | Buy | 05/09 | J | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes            J = $15,000 or less    K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                          P3 = $25,000,001-$50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J | 7/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Putnam Mid-Cap Value(097) | | None | J | T | Buy | 05/09 | J | | |
| 20. Putnam Mid-Cap Value (098) | | None | J | T | Buy | 05/09 | J | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000        G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000.
2. Value Codes:                J = $15,000 or less                                    K = $15,001-$50,000         L = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,001-$500,000       O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
                                P3 = $25,000,001-$50,000,000                           P4 = More than $50,000,000
3. Value Method Codes          Q = Appraisal               R = Cost (Real Estate Only)  S = Assessment

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __7/30/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scullin, Frederick J | U.S. District Court (NDNY) | 5/11/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. Distric Judge- Acti | ○ Nomination, Date 2/10/1992<br>○ Initial ● Annual ○ Final | 1/1/2003<br>to<br>12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| PO Box 7255<br>100 S. Clinton Street<br>Syracuse, NY 13261 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. NONE | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE RECEIVED MAY 17 12 00 PM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NY Intellectual Property Association | Annual Dinner 3/28/2003 in New York City (transportation, hotel and food). |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CWC Lenox (real estate) Limited Partnership | | None | J | T | CLOSED JAN 02 | | J | A | |
| 2. CWC Investors (real estate) 85 Limited Partnership | | None | J | T | | | | | |
| 3. Massachusetts Mutual SPLD | A | Dividend | K | T | | | | | |
| 4. IRA Oppenheimer Mutual Fund Main Street | A | Dividend | K | T | | | | | |
| 5. IRA-MASS.FINANCIAL SPECTRUM FUND (formerly) Bradford Trust | | | K | T | | | | | |
| 6. Lord Abbott II Developing Growth Fund. | | None | K | T | | | | | |
| 7. Putnam Growth Opportunities (90) | | None | | | Sell | 05/09 | J | A | |
| 8. Putnam Growth Opportunities (93) | | None | | | Sell | 05/09 | J | A | |
| 9. ⬛ IRA MFS Research | | None | J | T | | | | | |
| 10. ⬛ IRA Putnum Growth Fund | | None | K | T | | | | | |
| 11. ⬛ FRANKLIN EQUITY (name change to: Capital Growth) | | | K | T | | | | | |
| 12. Franklin Equity (name changed to : Capital Growth | | | J | T | | | | | |
| 13. ⬛ Merrill Lynch CMA Account | | None | J | T | | | | | |
| 14. ⬛ Merrill Lynch CMA Account - | | None | K | T | | | | | |
| 15. ⬛ Merrill Lynch CMA Account | | None | J | T | | | | | |
| 16. ⬛ Merrill Lynch CMA Account | | None | J | T | | | | | |
| 17. MFS Strategic Growth* | | None | | | Sell | 05/09 | J | A | |
| 18. MFS Strategic Value | | None | J | T | Buy | 05/09 | J | | |

1. Income/Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
   (See Columns B1 and D4) F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
   (See Columns C1 and D3) N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000   P4 =$More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Putnam Mid-Cap Value(097) | | None | J | T | Buy | 05/09 | J | | |
| 20. Putnam Mid-Cap Value (098) | | None | J | T | Buy | 05/09 | J | | |

1. Income/Gain Codes:      A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000      O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
      P3 = $25,000,001-$50,000,000        P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___5/11/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544